IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINTON FROST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARD BLUM, ET AL.,<br><br>　　　　Defendants. | No. C 17-07072 JSW<br><br>**JUDGMENT** |

Pursuant to the Court's Order granting Defendants' motion to dismiss, it is HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: December 20, 2018

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE